# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Mariane B. Paice**
                Plaintiff
vs.                                                     **CASE NUMBER: 5:11-CV-760 (DNH)**

**Carolyn W. Colvin, Acting Commissioner of Social Security**
                Defendant

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's Motion for Judgment on the Pleadings is GRANTED and the decision denying plaintiff disability benefits is AFFIRMED. Therefore the Complaint filed by Mariane B. Paice is DISMISSED in its entirety. Judgment is hereby entered in favor of the defendant.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 18th day of July, 2013.

DATED: July 18, 2013

                                                                            Clerk of Court

                                                                            s/

                                                                            Joanne Bleskoski
                                                                            Deputy Clerk